UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/16
```

GINA BRIGGS,

            Plaintiffs,

- against -

THOMSON REUTERS (TAX & ACCOUNTING) INC,

            Defendant.

**ORDER**

15 Civ. 5454 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for March 10, 2016 is adjourned to **April 21, 2016 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 28, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge